UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

COREY ONEIL CHATMAN                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 3:16CV812TSL-RHW

SHEILA PARKES AND JAMES FILLYAW                        DEFENDANTS

ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert H. Walker entered on September 6, 2017, recommending that plaintiff's complaint be dismissed for failure to prosecute. Plaintiff Corey Oneil Chatman has not filed objections and the time for doing so has since expired. Having reviewed the report and recommendation, the court concludes that report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Robert H. Walker entered on September 6, 2017, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that the complaint in this matter is dismissed for failure to prosecute.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 25th day of September, 2017.


                          /s/ Tom S. Lee
                          UNITED STATES DISTRICT JUDGE